**Opinion issued February 3, 2022**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-21-00114-CV

_____

**IN RE INTERSTATE FIRE & CASUALTY COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON AND LONDON MARKET COMPANIES SUBSCRIBING TO POLICY NO. BOWPN1900109, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON AND LONDON MARKET COMPANIES SUBSCRIBING TO POLICY NO. BOWPN1900110, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON AND LONDON MARKET COMPANIES SUBSCRIBING TO POLICY NO. BOWPN1900406, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON AND LONDON MARKET COMPANIES SUBSCRIBING TO POLICY NO. BOWPN1900112, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. B66482AAA, AND EVEREST INDEMNITY INSURANCE COMPANY, Relators**

_____

**Original Proceeding on Petition for Writ of Mandamus**

_____

**MEMORANDUM OPINION**

Relators, Interstate Fire & Casualty Company, Certain Underwriters at Lloyd's of London and London Market Companies Subscribing to Policy No. BOWPN1900109, Certain Underwriters at Lloyd's of London and London Market Companies Subscribing to Policy No. BOWPN1900110, Certain Underwriters at Lloyd's of London and London Market Companies Subscribing to Policy No. BOWPN1900406, Certain Underwriters at Lloyd's of London and London Market Companies Subscribing to Policy No. BOWPN1900112, Certain Underwriters at Lloyd's of London Subscribing to Policy No. B66482AAA, and Everest Indemnity Insurance Company, have filed a petition for a writ of mandamus challenging the trial court's February 11, 2021 order staying the underlying litigation.[1]

---

[1] The underlying case is *Interstate Fire & Casualty Company, Certain Underwriters at Lloyd's of London and London Market Companies Subscribing to Policy No. BOWPN1900109, Certain Underwriters at Lloyd's of London and London Market Companies Subscribing to Policy No. BOWPN1900110, Certain Underwriters at Lloyd's of London and London Market Companies Subscribing to Policy No. BOWPN1900406, Certain Underwriters at Lloyd's of London and London Market Companies Subscribing to Policy No. BOWPN1900112, Certain Underwriters at Lloyd's of London Subscribing to Policy No. B66482AAA, and Everest Indemnity Insurance Company v. Fertitta Entertainment, Inc., Fertitta Hospitality, LLC, MPBB Holdings I, LLC, 1600 West Loop South, LLC, Ace American Insurance Company, PICC Property & Casualty Co., Ltd., Arch Specialty Insurance Company, Axis Surplus Insurance Company, Homeland Insurance Company of New York, Great American Insurance Company of New York, Lexington Insurance Company, National Fire & Marine Insurance Company, Landmark American Insurance Company, Starr Surplus Lines Insurance Company, and Does 1-100*, Cause No. 2020-64162, in the 133rd District Court of Harris County, Texas, the Honorable Jaclanel McFarland presiding.

We deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Farris.